**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO.  08-10694-BKC-AJC |
| **GREATER MIAMI NEIGHBORHOODS, INC.,** ***et al.,* ,** [1/] | (Jointly Administered with Case Nos. 08-10695 thru 08-10699, 08-10701, 08-10702, 08-10704 and 08-10763) |
| Debtors-in-Possession. | |
| _____/ | Chapter 11 |
| In re: | |
| **CUTLER MEADOWS, LLC,** | CASE NO. 08-10697-BKC-AJC |
| Debtor-in-Possession. | |
| _____/ | |

**DEBTORS-IN-POSSESSION'S**
**NOTICE OF FILING AND DISCLOSURES AS TO**
**SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND LISTS**

Debtors-in-Possession, GREATER MIAMI NEIGHBORHOODS, INC. (**"GMN"**), CUTLER GLEN, LLC (**"Cutler Glen"**); CUTLER MANOR, LLC (**"Cutler Manor"**); CUTLER MEADOWS, LLC (**"Cutler Meadows"**); ISLAND PLACE APARTMENTS, LLC (**"Island Place"**); MIDDLETOWNE PROJECT, INC. (**"Middletowne"**); CARIB MANAGEMENT, INC. (**"Carib Management"**); CARIB MAINTENANCE CORPORATION (**"Carib Maintenance"**); CARIB CONSTRUCTION CORP. (**"Carib Construction"**); and OAKWOOD PROJECT, INC. (**"Oakwood"**) (**collectively, "Debtors"**), pursuant to 11 U.S.C. § 521, Rule 1007, Fed.R.Bankr.P., and this Court's *Order Granting Debtors' Ex Parte Motion for Extension of Time to File Schedules,*

---

[1/] The last four digits of the taxpayer identification number for each of the Debtors follows in parenthesis: (i) Greater Miami Neighborhoods, Inc. (4297); (ii) Cutler Glen, LLC (8489); (iii) Cutler Manor, LLC (8614); (iv) Cutler Meadows, LLC (8490); (v) Island Place Apartments, LLC (8815); (vi) Middletowne Project, Inc. (9917); (vii) Carib Management, Inc. (0776); (viii) Carib Maintenance Corporation (2275); (ix) Carib Construction Corp. (0359); and (x) Oakwood Project, Inc. (9914).

*Statements of Financial Affairs, and Lists* (C.P.75), file respectively herein their attached Schedules, Statement of Financial Affairs, and lists of Equity Security Holders (**collectively,"Schedules"**), subject to the following disclosures (**"Disclosures"**):

1.      **Application of Disclosures:** These Disclosures are incorporated by reference herein and comprise an integral part of the Schedules.

2.      **Preparation of Schedules:**  The Debtors' officers prepared the Schedules.  The information in the Schedules is taken primarily from the Debtors' unaudited financial statements. The Debtors' have made all reasonable efforts to ensure that the Schedules are as accurate and complete as possible based on the information available at the time of preparation.  Due to, among other reasons, the unaudited information which is subject to further review and potential adjustment, as well as the appointment of receivers for the properties of Island Place and Oakwood who have possession of those Debtors' records, these Schedules may not be complete.  Accordingly, the Debtors reserve all rights to amend and/or supplement the Schedules as is necessary or appropriate.

3.      **Project Debtors' Schedules:**  American Management Services East, LLC, d/b/a Pinnacle (**"Pinnacle"**) is a third-party property management company that is totally unaffiliated with the Debtors.  Pinnacle manages the separate affordable housing developments (**"Properties"**) of the Debtors, Cutler Glen, Cutler Manor, Cutler Meadows, Island Place, Middletowne and Oakwood (**"Project Debtors"**).  Pinnacle collects the rents and other receipts, make disbursements, and operates the Properties and interacts with the Properties' respective creditors, lienors, and governmental agencies.  Pinnacle has been authorized by the Court pursuant to Order dated

January 28, 2008 (C.P. 54) to continue the management of the Properties in the same manner as it did pre-petition. Pinnacle maintains its own separate books and records for each of the Project Debtors. Therefore, the Debtors have relied on information furnished by Pinnacle in completing portions of the Schedules for the Project Debtors.

4. **Receivers for Island Place and Oakwood:** On January 17, 2008, the circuit court presiding over the case, *U.S. Bank National Association v. Island Place Apartments, LLC, et al*, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 07-44484-CA-11, appointed Pinnacle as receiver for the property of Island Place. Also, on January 18, 2008, the circuit court presiding over the case, *Federal National Mortgage Association, a/k/a Fannie Mae v. Oakwood Project, Inc.*, appointed Marty Petrie of Pinnacle as receiver for the property of Oakwood. As a result, these properties are being operated by Pinnacle, as receiver, and some of the information responsive to the Schedules for Island Place and Oakwood is unavailable to the Debtors at this time.

5. **Claim Designation:** The Debtors' failure to designate a claim as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute or object to any claim reflected on the Schedules on any grounds, including, but not limited to amount, liability, or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."

6.      **Unsecured Creditors:**  The Debtors are investigating whether tenants of the Project Debtors hold any contingent claims.  Debtors believe the tenants hold no claims against the Debtors' estates and accordingly have not listed any tenants on Schedule F.  A copy of the rent roll identifying the tenants is attached to Schedule G for each respective Debtor.  If the investigation reveals that such claims exist, the Debtors will either amend their Schedules or bring the issue to the Court's attention upon proper motion, notice, and hearing.

7.      **Causes of Action:**  Despite reasonable efforts to identify all known assets, the Debtors may not have set forth all actual or potential causes of action against third parties.  The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have whether or not listed in the Schedules.

8.       **Intercompany Transactions:** Prior to the Petition Date, the Debtors routinely engaged in intercompany transactions, resulting in the creation of intercompany accounts payable and accounts receivable for each of the respective Debtors.  The intercompany claims listed on Schedule F and the Statement of Financial Affairs represent the best estimates available at this time.

9.      **Executory Contracts:** The Debtors have made all reasonable efforts to ensure the accuracy of Schedule G.  However, based on the circumstances discussed above, inadvertent errors and/or omissions may have occurred.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements, secured financing, or other agreements and the inclusion of such on Schedule G is not an admission that the agreement is an executory contract, financing agreement, or otherwise.  Also, the Debtors have not listed those contracts and agreements that are

the subject of various loan documents such as land use restriction agreements, rental regulatory agreements, and housing assistance payment contracts. The Debtors reserve all of their rights to dispute the validity, status or enforceability of a contract or other agreement set forth in Schedule G that may have expired or been modified, amended, or supplemented from time to time. Additionally, the inclusion of a contract or lease on Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract. The Debtors reserve the right to classify and/or re-classify any and all agreements, whether listed or not, as executory contracts or unexpired leases.

10.    **Payments to Creditors and Insiders:** To the extent the information is available, the Debtors have scheduled on the Statement of Financial Affairs at #3b, all known payments to creditors and insiders made during the 90 days prior to the Petition Date. Additionally, payments made to the Debtors' bankruptcy professionals are listed in response to question #9 of the Statement of Financial Affairs. Debtors believe that all payments have been reported; however, to the extent a transfer/payment is later discovered, Debtors will amend their respective Schedules. Debtors have not listed those transfers that are made directly to trust account lock boxes for the purpose of payments to be made by the trustees for mortgages, insurance, taxes, and related expenses under the terms of the Debtors' loan documents.

In response to question #3(c) on the Statement of Financial Affairs, the Debtors have identified payments made over the 12 months preceding the Petition Date to any party that may be deemed to be an "insider" of the Debtor. The disclosure of these amounts in response to this

question is not an acknowledgment by the Debtors that any party is an "insider" of the Debtors as those terms are used in the Bankruptcy Code, and the Debtors expressly reserve their rights with respect thereto.

11.    **Carib Debtor Entities:** To enhance its income, approximately three years ago, the Debtors began to manage and perform the maintenance of their own properties through Carib Management, Inc., Carib Maintenance Corporation, and Carib Construction Corp. **("Carib Debtor Entities")**.  However, because the management and maintenance business is very different than that of developing affordable housing, the Debtors lost additional money, and thereafter turned over the management and maintenance of its Properties to Pinnacle.  Carib Management's response to question #1 of the Statement of Financial Affairs reflects this significant loss.  In early 2007, Carib Management was managing approximately 3,400 units.  In March 2007, the number of units it was managing decreased to 1,200 units; as of June 1, 2007, it was not managing any units, and therefore at that time, the Carib Debtor Entities effectively ceased all business operations.

12.    **Debtor's Reservation of Rights:** Nothing contained in the Schedules or the Disclosures shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, issues involving substantive consolidation, equitable subordination, characterization or re-characterization of contracts, assumption or rejection of executory contracts under the provisions of chapter 3 of the Bankruptcy Code and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any applicable non-bankruptcy laws to recover assets or avoid transfers.

G:\W-BANK\35709\0089\Drafts\N-Filing-Schedules-Cutler Meadows.wpd

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re __CUTLER MEADOWS, LLC_____,  Case No. __08-10697-BKC-AJC__
                                                Debtor

                                                Chapter_____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 6,388,000.00 | | |
| B - Personal Property | Yes | 4 | 296,702.39 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 6,463,759.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 35,614.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| Total Assets | | | 6,684,702.39 | | |
| Total Liabilities | | | | 6,499,373.24 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **CUTLER MEADOWS, LLC**                                    ,    Case No.    **08-10697-BKC-AJC**

Debtor

Chapter                          **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **CUTLER MEADOWS, LLC**                                          ,    Case No.   **08-10697-BKC-AJC**
                                               Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Cutler Meadows Apartments**<br>**11240 & 11280 SW 196 Street**<br>**Miami, FL 33157**<br>**(Two 3-story buildings of 75 units each or 150 total units)** | **Fee Simple** | - | **6,388,000.00** | **6,463,759.00** |

|  | Sub-Total > | **6,388,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **6,388,000.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **CUTLER MEADOWS, LLC**                                    ,    Case No.    **08-10697-BKC-AJC**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Rental Revenues on deposit at: Bank of America 150 West Flagler Street Miami, FL 33130 Operating Account #2230-0240-6421 | - | 49,321.85 |
| | | Security Account at Bank of America 150 West Flagler Street Miami, FL 33130 Account #2230-0240-6434 | - | 0.00 |
| | | Wachovia Bank, N.A. 1699 Coral Way Miami, FL 33145 Checking Account #2000035884299 | - | 286.76 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Utility security deposits per Debtor's unaudited financial statements | - | 2,480.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous furniture for project and tenant use | - | 11,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >        **63,088.61**
(Total of this page)

  3    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **CUTLER MEADOWS, LLC**                   ,    Case No.  **08-10697-BKC-AJC**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Rent | - | 534.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >      **534.00**<br>(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **CUTLER MEADOWS, LLC**                                              ,    Case No.  **08-10697-BKC-AJC**

_____
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Intercompany Claims**<br>**See response to #3c on Statement of Financial Affairs** | - | 225,579.78 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Occupational License** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Laundry equipment and appliances** | - | 7,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >    233,079.78
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **CUTLER MEADOWS, LLC**                                    ,    Case No.   **08-10697-BKC-AJC**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | | |
|---|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 296,702.39 |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**B6D (Official Form 6D) (12/07)**

In re    **CUTLER MEADOWS, LLC** _____,    Case No.    **08-10697-BKC-AJC**
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Ariel Montes**<br>**3655 SW 4 Street**<br>**Miami, FL 33135** | | - | **Cutler Meadows Apartments**<br>**11240 & 11280 SW 196 Street**<br>**Miami, FL 33157**<br>**(Two 3-story buildings of 75 units each or 150 total units)** | | | | | |
| | | | Value $                6,388,000.00 | | | | 4,350.00 | **Unknown** |
| Account No.<br><br>**Bank of Amercia, N.A.**<br>**P.O. Box 31590**<br>**FL1-400-06-13**<br>**Tampa, FL 33631** | | - | **UCC** | | | | | |
| | | | Value $                0.00 | | | | 0.00 | **Unknown** |
| Account No.<br><br>**Florida Housing Finance Corporation**<br>**Attention: Laura Cox**<br>**227 North Bronough Street, Suite 5000**<br>**Tallahassee, FL 32301** | | - | **Third Mortgage**<br><br>**Cutler Meadows Apartments**<br>**11240 & 11280 SW 196 Street**<br>**Miami, FL 33157**<br>**(Two 3-story buildings of 75 units each or 150 total units)** | | | | | |
| | | | Value $                6,388,000.00 | | | | 200,000.00 | **Unknown** |
| Account No.<br><br>**Greater Miami Neighborhoods**<br>**300 NW 12 Avenue**<br>**Miami, FL 33128** | | - | **UCC** | | | | | |
| | | | Value $                0.00 | | | | 0.00 | **Unknown** |

____**1**____ continuation sheets attached

Subtotal
(Total of this page)          **204,350.00**          **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **CUTLER MEADOWS, LLC**                                                  ,    Case No.  __08-10697-BKC-AJC__
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Cutler Meadows Apartments 11240 & 11280 SW 196 Street Miami, FL 33157 (Two 3-story buildings of 75 units each or 150 total units) | | | | | |
| **Miami-Dade County Attention: Jose Cintron 701 NW First Court Miami, FL 33136** | X | - | | | | | | |
| | | | Value $             6,388,000.00 | | | | 973,786.00 | Unknown |
| Account No. | | | **Fourth Mortgage** | | | | | |
| **Preservation of Affordable Housing, Inc. c/o W. Bart Lloyd Manager of Acquisitions 40 Court Street, Site 650 Boston, MA 02108** | | - | Cutler Meadows Apartments 11240 & 11280 SW 196 Street Miami, FL 33157 (Two 3-story buildings of 75 units each or 150 total units) | | | | | |
| | | | Value $             6,388,000.00 | | | | 130,000.00 | Unknown |
| Account No. | | | **First Mortgage** | | | | | |
| **US Bank, as Trustee to Florida Housing Finance Corporation Attn:  Beth Driggs, VP/Account Manager 225 East Robinson Street, Suite 250 Orlando, FL 32801** | | - | Cutler Meadows Apartments 11240 & 11280 SW 196 Street Miami, FL 33157 (Two 3-story buildings of 75 units each or 150 total units) | | | | | |
| | | | Value $             6,388,000.00 | | | | 5,155,623.00 | Unknown |
| Account No. | | | **Bondholder re First Mortgage** | | | | | |
| **VanKampen High Yield Municipal Funds c/o Arthur E. Schloss/Bill Black 2706 Alternate 19, Suite 304 Palm Harbor, FL 34683** | X | - | | | | | | |
| | | | Value $                        0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  _1_  of  _1_  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 6,259,409.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 6,463,759.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **CUTLER MEADOWS, LLC**                                                                    Case No.   **08-10697-BKC-AJC**
                                                              ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **CUTLER MEADOWS, LLC**                                              ,    Case No.    **08-10697-BKC-AJC**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | | *Husband, Wife, Joint, or Community* | | | | | |
| Account No. | | | For notice only | | | | | |
| **Internal RevenueService P.O. Box 21126 Philadelphia, PA 19114** | - | | | X | | X | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | For notice only | | | | | |
| **Miami-Dade County Tax Collector Metro Dade County Bankr. Unit 111 N.W. First Street, 26th Floor Miami, FL 33128** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | For notice only | | | | | |
| **State of Florida/Department of Revenue Bankruptcy Section P.O. Box 6668 Tallahassee, FL 32314-6668** | - | | | X | | X | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **CUTLER MEADOWS, LLC**                      ,    Case No.   **08-10697-BKC-AJC**
<br>                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| **Account No.** | | | | | | | | |
| Aaron A/C Home Service<br>P.O. Box 835<br>Pompano Beach, FL 33061 | | - | | | | | | 860.00 |
| **Account No.** | | | | | | | | |
| American Management Services East LLC<br>d/b/a Pinnacle<br>5990 NE 18 Avenue<br>Suite 912<br>Fort Lauderdale, FL 33334 | | - | | | | | | 0.00 |
| **Account No.** | | | | Utility Debt | | | | |
| Bell South<br>P.O. Box 70807<br>Fort Lauderdale, FL 33301 | | - | | | | | | 234.38 |
| **Account No.** | | | | | | | | |
| Board of County Commissioners<br>c/o Team Metro<br>111 NW First Street<br>Suite 1470<br>Miami, FL 33128-1974 | | - | | | | | | 0.00 |
| **_3_** continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | 1,094.38 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                       S/N:26261-080129    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __CUTLER MEADOWS, LLC__ ,   Case No. __08-10697-BKC-AJC__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Fed Ex**<br>**P.O. Box 94515**<br>**Palatine, IL 60094-4515** | - | | | | | | 262.01 |
| Account No. <br><br>**First Advantage Safe Rent**<br>**7 Rancho Circle**<br>**Lake Forest, CA 92630** | - | | | | | | 0.00 |
| Account No. <br><br>**Florida Power and Light**<br>**General Mail Facility**<br>**Miami, FL 33188-0001** | - | | Utility Debt | | | | 536.05 |
| Account No. <br><br>**Greater Miami Neighborhoods**<br>**300 NW 12th Avenue**<br>**Miami, FL 33128** | - | | Intercompany Claim | | | | 23,268.65 |
| Account No. <br><br>**HD Supply Facility Maintenance**<br>**P.O. Box 50908**<br>**San Diego, CA 92150** | - | | | | | | 3,201.40 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    27,268.11

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **CUTLER MEADOWS, LLC**                                      ,          Case No.   **08-10697-BKC-AJC**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Home Depot Credit Services P.O. Box 9055 Des Moines, IA 50368-9055** | - | | | | | | | 403.99 |
| Account No. | | | | | | | | |
| **Illustratus 10983 Granada Lane Overland Park, KS 66211** | - | | | | | | | 344.70 |
| Account No. | | | | | | | | |
| **Land America 1560 Sawgrass Corporate Parkway Sutie 230 Fort Lauderdale, FL 33323** | - | | | | | | | 56.95 |
| Account No. | | | | **Service** | | | | |
| **Lawson Sanitation 9120 NW 96 Street Miami, FL 33178** | - | | | | | | | 1,707.22 |
| Account No. | | | | | | | | |
| **MacGray 13882 SW 80 Street Miami, FL 33183** | - | | | | | | | 480.50 |

Sheet no. __**2**__ of __**3**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,993.36**

B6F (Official Form 6F) (12/07) - Cont.

In re  **CUTLER MEADOWS, LLC**                                              ,     Case No.   **08-10697-BKC-AJC**
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Miami Dade County Finance Department**<br>**111 NW 1 Street**<br>**26 Floor**<br>**Miami, FL 33128** | - | | | | | | 80.00 |
| Account No.<br><br>**Miami Dade Fire Rescue Dept**<br>**9300 NW 41 Street**<br>**Miami, FL 33178** | - | | | | | | 567.50 |
| Account No.<br><br>**Miami Dade Water and Sewer**<br>**140 West Flagler Street**<br>**Miami, FL 33128** | - | | Utility Debt | | | | 3,118.52 |
| Account No.<br><br>**PC Depot**<br>**8004 NW 154 Street**<br>**#362**<br>**Hialeah, FL 33016-5814** | - | | Service debt | | | | 142.37 |
| Account No.<br><br>**TCG Technologies**<br>**8245 Boone Boulevard**<br>**Suite 704**<br>**Vienna, VA 22182** | - | | | | | | 350.00 |

| | | |
|---|---|---|
| Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 4,258.39 |
| | Total<br>(Report on Summary of Schedules) | 35,614.24 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **CUTLER MEADOWS, LLC**                                              ,    Case No.   **08-10697-BKC-AJC**
                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **A.R.T. Pest Control Services**<br>**776 NW 44 Street**<br>**Oakland Park, FL 33334** | **Pest Control Service Agreement** |
| **American Management Services East LLC**<br>**d/b/a Pinnacle**<br>**501 South New York Avenue**<br>**Winter Park, FL 32789** | **Property Management Agreement** |
| **Neighborhood Maintenance, Inc.**<br>**P.O. Box 924350**<br>**Homestead, FL 33092** | **Lawn Maintenance Agreement** |
| **See Tenants on attached Rent Roll** | **Residential Property Leases** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

| Unit # | Name | Unit Type | Move In Date | Res Rate | Subsidy Rate | Rental Income |
|--------|------|-----------|--------------|----------|--------------|---------------|
| \multicolumn{7}{c}{CUTLER MEADOWS RENT ROLL AS OF 01-30-2008} |

| Unit # | Name | Unit Type | Move In Date | Res Rate | Subsidy Rate | Rental Income |
|--------|------|-----------|--------------|----------|--------------|---------------|
| A 101 | OBREGON, YADIDA | 2 Bdr. | 2/10/2006 | 562.00 | 96.00 | 658.00 |
| A 102 | HERNANDEZ, ZULEYDIS | 2 Bdr. | 7/3/2002 | 43.00 | 615.00 | 658.00 |
| A 103 | PAEZ, NELSY | 1 Bdr. | 10/11/2002 | 393.00 | 174.00 | 567.00 |
| A 104 | ALMAGUER, IDOLIDIA | 1 Bdr. | 4/8/2002 | 428.00 | 139.00 | 567.00 |
| A 105 | RODRIGUEZ, CARMEN | 1 Bdr. | 5/5/2000 | 137.00 | 430.00 | 567.00 |
| A 106 | TREJENT, AIDA R | 1 Bdr. | 5/11/2006 | 210.00 | 357.00 | 567.00 |
| A 107 | RIVERA, LUZ M | 1 Bdr. | 12/17/1986 | 137.00 | 430.00 | 567.00 |
| A 108 | HERVAS, ANN L | 1 Bdr. | 11/5/2001 | 98.00 | 469.00 | 567.00 |
| A 109 | CABRERA, JOSE | 1 Bdr. | 8/22/2015 | 418.00 | 149.00 | 567.00 |
| A 110 | GARCIA, ELVIRA | 1 Bdr. | 1/1/1993 | 128.00 | 439.00 | 567.00 |
| A 111 | MARTINEZ, LAZARO | 1 Bdr. | 4/22/2004 | 143.00 | 424.00 | 567.00 |
| A 112 | VIZCAINO, SARAH | 1 Bdr. | 10/15/1997 | 137.00 | 430.00 | 567.00 |
| A 113 | QUESADA, JOSE | 1 Bdr. | 10/7/2004 | 90.00 | 477.00 | 567.00 |
| A 114 | PEREZ, MARIA | 1 Bdr. | 12/3/1981 | 137.00 | 430.00 | 567.00 |
| A 115 | ROIG, GLADYS | 1 Bdr. | 12/9/2003 | 103.00 | 464.00 | 567.00 |
| A 116 | LAURENT, RHONA | 1 Bdr. | 9/20/1986 | 143.00 | 424.00 | 567.00 |
| A 117 | GORT, JOSE | 1 Bdr. | 6/5/2001 | 133.00 | 434.00 | 567.00 |
| A 118 | SANTOVENIA, ELIO | 1 Bdr. | 8/4/1999 | 231.00 | 336.00 | 567.00 |
| A 119 | SUAREZ, YUNEXIS | 1 Bdr. | 12/29/2005 | 78.00 | 489.00 | 567.00 |
| A 120 | GRANJA, LORENZO J | 1 Bdr. | 3/22/1989 | 137.00 | 430.00 | 567.00 |
| A 121 | GARCIA, FRANCISCO | 1 Bdr. | 3/6/2000 | 153.00 | 414.00 | 567.00 |
| A 122 | GUTIERREZ, HUMBERTO | 1 Bdr. | 9/17/2004 | 246.00 | 321.00 | 567.00 |
| A 123 | RODRIGUEZ, AIDA | 1 Bdr. | 11/13/2001 | 297.00 | 270.00 | 567.00 |
| A 124 | DAIZ, MAITE | 2 Bdr. | 9/15/2003 | 512.00 | 146.00 | 658.00 |
| A 125 | GOMEZ, ESTHER | 2 Bdr. | 5/3/2002 | 108.00 | 550.00 | 658.00 |
| A 201 | RUIZ, ORFILIA | 2 Bdr. | 8/26/1994 | 31.00 | 627.00 | 658.00 |
| A 202 | MIRANDA, KATIUSKA | 2 Bdr. | 1/9/2001 | 15.00 | 643.00 | 658.00 |
| A 203 | VALDES, NELLY | 1 Bdr. | 2/5/1993 | 236.00 | 331.00 | 567.00 |
| A 204 | MIGDELIO, CLEMENTE | 1 Bdr. | 11/1/2007 | 137.00 | 430.00 | 567.00 |
| A 205 | MIRANDA, ADAN | 1 Bdr. | 7/7/2006 | 155.00 | 412.00 | 567.00 |
| A 206 | ESCANDON, JOSE | 1 Bdr. | 12/1/2006 | 260.00 | 307.00 | 567.00 |
| A 207 | DELGADO, EMERIA R | 1 Bdr. | 4/21/2003 | 137.00 | 430.00 | 567.00 |
| A 208 | UTRERA, CLAUDIA | 1 Bdr. | 6/6/2007 | 173.00 | 394.00 | 567.00 |
| A 209 | OBIOL, CARMEN C | 1 Bdr. | 12/14/2005 | 50.00 | 517.00 | 567.00 |
| A 210 | AGUERREBERE, FRANCISCO C | 1 Bdr. | 8/1/1992 | 143.00 | 424.00 | 567.00 |
| A 211 | BELLO, DIVINA | 1 Bdr. | 2/13/1989 | 180.00 | 387.00 | 567.00 |
| A 212 | CARDERA, PEDRO A | 1 Bdr. | 1/1/1993 | 221.00 | 346.00 | 567.00 |
| A 213 | MIRANDA, EUNINCE | 1 Bdr. | 11/1/2007 | 143.00 | 424.00 | 567.00 |
| A 214 | LOPEZ, LEONIDIA | 1 Bdr. | 11/4/1981 | 137.00 | 430.00 | 567.00 |
| A 215 | DIAZ, BARBARA | 1 Bdr. | 1/14/2002 | 141.00 | 426.00 | 567.00 |
| A 216 | RODRIGUEZ, FELIPE | 1 Bdr. | 8/1/1988 | 215.00 | 352.00 | 567.00 |
| A 217 | FUNDORA, OFELIA | 1 Bdr. | 1/17/1986 | 147.00 | 420.00 | 567.00 |
| A 218 | PEREZ, BRAULIO | 1 Bdr. | 2/1/1997 | 137.00 | 430.00 | 567.00 |
| A 219 | DELGADO, NANCY | 1 Bdr. | 10/11/2002 | 10.00 | 557.00 | 567.00 |
| A 220 | VALON, ANA D | 1 Bdr. | 4/23/2002 | 81.00 | 486.00 | 567.00 |
| A 221 | GIL, MIRKA | 1 Bdr. | 11/26/2007 | 385.00 | 182.00 | 567.00 |
| A 222 | GARCIA, ANISIA | 1 Bdr. | 2/20/1989 | 137.00 | 430.00 | 567.00 |
| A 223 | VALDIVIA, YULEIDE | 1 Bdr. | 11/7/2005 | 51.00 | 516.00 | 567.00 |
| A 224 | NAVARRO, CARLOS M | 2 Bdr. | 12/7/1992 | 207.00 | 451.00 | 658.00 |
| A 225 | CABEZAS, YAREIDA | 2 Bdr. | 6/1/1996 | 188.00 | 470.00 | 658.00 |
| A 301 | BANDERA, MAYELIN | 2 Bdr. | 7/1/1996 | 43.00 | 615.00 | 658.00 |
| A 302 | MORALES, MIREYA | 2 Bdr. | 5/12/2000 | 102.00 | 556.00 | 658.00 |

| CUTLER MEADOWS RENT ROLL AS OF 01-30-2008 | | | | | |
|---|---|---|---|---|---|
| Unit # | Name | Unit Type | Move In Date | Res Rate | Subsidy Rate | Rental Income |
| A 303 | HERRERA, MIGUEL | 1 Bdr. | 3/1/1988 | 50.00 | 517.00 | 567.00 |
| A 304 | MORALES, CARMEN E | 1 Bdr. | 4/7/2004 | 50.00 | 517.00 | 567.00 |
| A 305 | GALO, DOLORES A | 1 Bdr. | 2/1/1993 | 340.00 | 227.00 | 567.00 |
| A 306 | BETANCOURT, BARBINA | 1 Bdr. | 10/6/1995 | 137.00 | 430.00 | 567.00 |
| A 307 | RODRIGUEZ, NILDA B | 1 Bdr. | 1/18/2001 | 2.00 | 565.00 | 567.00 |
| A 308 | HERVAS, ROBERT | 1 Bdr. | 11/5/2001 | 210.00 | 357.00 | 567.00 |
| A 309 | CABRERA, FLAVIO A | 1 Bdr. | 4/1/1996 | 72.00 | 495.00 | 567.00 |
| A 310 | ORELLANA, RAUL | 1 Bdr. | 5/1/1990 | 143.00 | 424.00 | 567.00 |
| A 311 | DIAZ, ANTONIO M | 1 Bdr. | 2/6/2004 | 230.00 | 337.00 | 567.00 |
| A 312 | RIVAS, MERCEDES | 1 Bdr. | 1/1/1988 | 141.00 | 426.00 | 567.00 |
| A 313 | THOMPSON, ANA D | 1 Bdr. | 8/10/1992 | 137.00 | 430.00 | 567.00 |
| A 314 | NUNEZ, EDUARDO | 1 Bdr. | 12/23/2002 | 414.00 | 153.00 | 567.00 |
| A 315 | NAVIA, MARTA | 1 Bdr. | 9/15/2004 | 137.00 | 430.00 | 567.00 |
| A 316 | RUIZ, AIDA | 1 Bdr. | 4/11/1987 | 247.00 | 320.00 | 567.00 |
| A 317 | PINEIRO, NIEVES | 1 Bdr. | 9/10/2002 | 137.00 | 430.00 | 567.00 |
| A 318 | ECHEVERRIA, MARTHA F | 1 Bdr. | 2/15/1998 | 137.00 | 430.00 | 567.00 |
| A 319 | ARECHE, CONSUELO | 1 Bdr. | 9/13/2002 | 137.00 | 430.00 | 567.00 |
| A 320 | CASAIS, ONEIA G | 1 Bdr. | 8/18/2004 | 521.00 | - | 521.00 |
| A 321 | MUGURCIA, TAMARA | 1 Bdr. | 11/11/2004 | 400.00 | 167.00 | 567.00 |
| A 322 | GONZALEZ, MARCELA | 1 Bdr. | 4/10/1984 | 128.00 | 439.00 | 567.00 |
| A 323 | PRENDES, CARIDAD | 1 Bdr. | 7/1/2005 | 143.00 | 424.00 | 567.00 |
| A 324 | MANUEL PEREZ (EMPLOYEE) | 2 Bdr. | 5/1/2006 | 480.00 | - | 480.00 |
| A 325 | VERA, FELICITO | 2 Bdr. | 2/19/2005 | 207.00 | 451.00 | 658.00 |
| B 101 | MIRANDA, PAULA | 2 Bdr. | 5/11/2001 | - | 658.00 | 658.00 |
| B 102 | SALGADO, MARIA C | 2 Bdr. | 12/6/2001 | 114.00 | 544.00 | 658.00 |
| B 103 | GOMEZ, MIGUEL | 1 Bdr. | 9/5/2003 | 137.00 | 430.00 | 567.00 |
| B 104 | PEREZ, JOSE A | 1 Bdr. | 4/15/1994 | 217.00 | 350.00 | 567.00 |
| B 105 | MORENO, JOSE F | 1 Bdr. | 4/1/1991 | 143.00 | 424.00 | 567.00 |
| B 106 | BREA, ELVIRA | 1 Bdr. | 11/13/2003 | 118.00 | 449.00 | 567.00 |
| B 107 | SANCHEZ, JORGE | 1 Bdr. | 4/1/1988 | 137.00 | 430.00 | 567.00 |
| B 108 | REINALDO, PAEZ | 1 Bdr. | 11/1/2007 | 230.00 | 337.00 | 567.00 |
| B 109 | BORGES, GASPAR | 1 Bdr. | 4/3/2006 | 137.00 | 430.00 | 567.00 |
| B 110 | LARA, ROLANDO | 1 Bdr. | 7/6/2006 | 250.00 | 317.00 | 567.00 |
| B 111 | ANTONIO, OCANA | 1 Bdr. | 1/2/2008 | 120.00 | 447.00 | 567.00 |
| B 112 | MARTINEZ, ANA | 1 Bdr. | 11/10/1995 | 143.00 | 424.00 | 567.00 |
| B 113 | RODRIGUEZ, YRMA P | 1 Bdr. | 9/21/2001 | 137.00 | 430.00 | 567.00 |
| B 114 | GONZALEZ, EVEILO | 1 Bdr. | 12/9/1998 | 137.00 | 430.00 | 567.00 |
| B 115 | CODINA, AMERICO | 1 Bdr. | 4/8/2005 | 137.00 | 430.00 | 567.00 |
| B 116 | ECHEVERRIA, REINALDO | 1 Bdr. | 10/1/1998 | 154.00 | 413.00 | 567.00 |
| B 117 | RODRIGUEZ, PEDRO P | 1 Bdr. | 12/8/2005 | 137.00 | 430.00 | 567.00 |
| B 118 | CALZADILLA, LESBIA | 1 Bdr. | 11/27/2002 | 143.00 | 424.00 | 567.00 |
| B 119 | GRISALES, AYDEE | 1 Bdr. | 4/5/1990 | 137.00 | 430.00 | 567.00 |
| B 120 | ARMAS, GISELA | 1 Bdr. | 10/17/2006 | 212.00 | 355.00 | 567.00 |
| B 121 | MENENDEZ, MARINA | 1 Bdr. | 11/1/1996 | 137.00 | 430.00 | 567.00 |
| B 122 | ESPINOSA, FABIAN | 1 Bdr. | 11/1/2000 | 330.00 | 237.00 | 567.00 |
| B 123 | MENDEZ, PETRONA | 1 Bdr. | 9/21/1983 | 137.00 | 430.00 | 567.00 |
| B 124 | SAAVEDRA, OSORIO | 2 Bdr. | 11/14/1981 | 484.00 | 174.00 | 658.00 |
| B 125 | TORANZO, LOIDA | 2 Bdr. | 6/15/1998 | 114.00 | 544.00 | 658.00 |

Prepared by:
Lorenzo F Soto

| Unit # | Name | Unit Type | Move In Date | Res Rate | Subsidy Rate | Rental Income |
|---|---|---|---|---|---|---|
| | | | CUTLER MEADOWS RENT ROLL AS OF 01-30-2008 | | | |
| B 201 | MIERISCH, SONJA E | 2 Bdr. | 7/1/1995 | 575.00 | 83.00 | 658.00 |
| B 202 | ANDUJAR, ADA | 2 Bdr. | 4/3/2000 | 188.00 | 470.00 | 658.00 |
| B 203 | JIMENEZ, CARIDAD | 1 Bdr. | 2/4/2002 | 137.00 | 430.00 | 567.00 |
| B 204 | REBOLLAR, SOLEDAD | 1 Bdr. | 12/8/1981 | 143.00 | 424.00 | 567.00 |
| B 205 | LOPEZ, LEOPOLDINA | 1 Bdr. | 4/19/2004 | 113.00 | 454.00 | 567.00 |
| B 206 | PRADO, MARIA | 1 Bdr. | 11/1/1996 | - | 567.00 | 567.00 |
| B 207 | GRANJA, ROSA | 1 Bdr. | 7/13/1989 | 143.00 | 424.00 | 567.00 |
| B 208 | FERNANDEZ, ARISLEIDYS | 1 Bdr. | 1/2/2008 | 116.00 | 451.00 | 567.00 |
| B 209 | DANIEL, TORANZO | 1 Bdr. | 11/1/2007 | 165.00 | 402.00 | 567.00 |
| B 210 | OROZCO, HEBERTO E | 1 Bdr. | 1/24/2006 | 237.00 | 330.00 | 567.00 |
| B 211 | CASTRO, FRANCISCO | 1 Bdr. | 3/1/1996 | 137.00 | 430.00 | 567.00 |
| B 212 | TORRES, MARIA | 1 Bdr. | 9/13/1985 | 288.00 | 279.00 | 567.00 |
| B 213 | RUSSELL, JOSEPH | 1 Bdr. | 3/1/1988 | 272.00 | 295.00 | 567.00 |
| B 214 | PUPO, ANA | 1 Bdr. | 10/6/2006 | 105.00 | 462.00 | 567.00 |
| B 215 | RODRIGUEZ, ROLANDO | 1 Bdr. | 12/6/2001 | 121.00 | 446.00 | 567.00 |
| B 216 | PINO, SILVIO | 1 Bdr. | 11/1/2007 | 236.00 | 331.00 | 567.00 |
| B 217 | BOZA, ALINA E | 1 Bdr. | 3/23/2005 | 50.00 | 517.00 | 567.00 |
| B 218 | RODRIGUEZ, CARMEN R | 1 Bdr. | 9/9/2003 | 55.00 | 512.00 | 567.00 |
| B 219 | ALONSO, DELIA M | 1 Bdr. | 6/1/1996 | 137.00 | 430.00 | 567.00 |
| B 220 | AGUSTI, ELISA C | 1 Bdr. | 12/23/2002 | 80.00 | 487.00 | 567.00 |
| B 221 | ALONSO, ESTHER | 1 Bdr. | 8/3/1990 | 143.00 | 424.00 | 567.00 |
| B 222 | PARDO, MARGARITA | 1 Bdr. | 10/15/2001 | 173.00 | 394.00 | 567.00 |
| B 223 | PONCE, PEDRO | 1 Bdr. | 12/1/1998 | 137.00 | 430.00 | 567.00 |
| B 224 | GONZALEZ, MARIA E | 2 Bdr. | 5/31/2007 | 4.00 | 654.00 | 658.00 |
| B 225 | HERNANDEZ, FELIPA | 2 Bdr. | 6/1/1990 | 114.00 | 544.00 | 658.00 |
| B 301 | SEQUINOT, BLANCA I | 2 Bdr. | 10/15/1993 | 120.00 | 538.00 | 658.00 |
| B 302 | AMADOR, OLGA | 2 Bdr. | 8/3/2005 | 126.00 | 532.00 | 658.00 |
| B 303 | TORRES, CARMEN M | 1 Bdr. | 6/13/2001 | 143.00 | 424.00 | 567.00 |
| B 304 | PINILLOS, MARIA E | 1 Bdr. | 6/9/2005 | 203.00 | 364.00 | 567.00 |
| B 305 | DEL ROSARIO, ADRIANA | 1 Bdr. | 8/19/2005 | 103.00 | 464.00 | 567.00 |
| B 306 | PEREZ, SILVINO | 1 Bdr. | 1/13/1999 | 260.00 | 307.00 | 567.00 |
| B 307 | SOSA, CARMEN F | 1 Bdr. | 7/7/2006 | 65.00 | 502.00 | 567.00 |
| B 308 | SOCORRO, TERESA | 1 Bdr. | 11/1/2003 | 137.00 | 430.00 | 567.00 |
| B 309 | TRUJILLO, DONATILA Y | 1 Bdr. | 2/18/2003 | 137.00 | 430.00 | 567.00 |
| B 310 | RODRIGUEZ, PAULINA | 1 Bdr. | 9/6/1994 | 137.00 | 430.00 | 567.00 |
| B 311 | DEL PINO, MARITZA I | 1 Bdr. | 5/26/2005 | 125.00 | 442.00 | 567.00 |
| B 312 | FERNANDEZ, SONIA | 1 Bdr. | 11/6/1997 | 58.00 | 509.00 | 567.00 |
| B 313 | RODRIGUEZ, MARTHA | 1 Bdr. | 12/20/1982 | 237.00 | 330.00 | 567.00 |
| B 314 | CASTILLO, MARIA J | 1 Bdr. | 11/2/1998 | 137.00 | 430.00 | 567.00 |
| B 315 | MONTANO, EDUARDO | 1 Bdr. | 5/5/2004 | 50.00 | 517.00 | 567.00 |
| B 316 | DIEGUEZ, ADELMIRA | 1 Bdr. | 1/1/1992 | 147.00 | 420.00 | 567.00 |
| B 317 | PLASENCIA, MARIO R | 1 Bdr. | 8/8/2002 | 521.00 | - | 521.00 |
| B 318 | FLEITES, AIDA | 1 Bdr. | 4/1/1990 | 129.00 | 438.00 | 567.00 |
| B 319 | PAEZ, CONSUELO | 1 Bdr. | 1/12/1982 | 141.00 | 426.00 | 567.00 |
| B 320 | AGUIRRE, HEDA I | 1 Bdr. | 3/4/1998 | 143.00 | 424.00 | 567.00 |
| B 321 | FERNANDEZ, CARIDAD | 1 Bdr. | 11/10/2003 | 58.00 | 509.00 | 567.00 |
| B 322 | MACHADO, OFELIA R | 1 Bdr. | 12/2/1981 | 137.00 | 430.00 | 567.00 |
| B 323 | MORALES, REINA C | 1 Bdr. | 1/26/2004 | 50.00 | 517.00 | 567.00 |
| B 324 | ORTIZ, CARMEN J | 2 Bdr. | 10/1/1996 | 55.00 | 603.00 | 658.00 |
| B 325 | VALLEJO, RUBI | 2 Bdr. | 2/7/2001 | 43.00 | 615.00 | 658.00 |
| | | | | **25,137.00** | **61,827.00** | **86,964.00** |

B6H (Official Form 6H) (12/07)

.

In re   **CUTLER MEADOWS, LLC**                                                           Case No.   **08-10697-BKC-AJC**
                                                                     ,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Greater Miami Neighborhoods, Inc.**<br>**300 NW 12 Avenue**<br>**Miami, FL 33128** | **Miami-Dade County**<br>**Attention: Jose Cintron**<br>**701 NW First Court**<br>**Miami, FL 33136** |
| **Greater Miami Neighborhoods, Inc.**<br>**300 NW 12 Avenue**<br>**Miami, FL 33128** | **US Bank, as Trustee to**<br>**Florida Housing Finance Corporation**<br>**Attn: Beth Driggs, VP/Account Manager**<br>**225 East Robinson Street, Suite 250**<br>**Orlando, FL 32801** |
| **Greater Miami Neighborhoods, Inc.**<br>**300 NW 12 Avenue**<br>**Miami, FL 33128** | **VanKampen High Yield Municipal Funds**<br>**c/o Arthur E. Schloss/Bill Black**<br>**2706 Alternate 19, Suite 304**<br>**Palm Harbor, FL 34683** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Southern District of Florida

In re    **CUTLER MEADOWS, LLC** _____    Case No.    **08-10697-BKC-AJC**
                                               Debtor(s)    Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**26**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 22, 2008** _____    Signature    /s/ Elena Dominguez _____
                                                       **Elena Dominguez**
                                                       **Vice President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re __CUTLER MEADOWS, LLC__                         Case No. __08-10697-BKC-AJC__
                                    Debtor(s)         Chapter __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$282,846.00** | **Tenant Rent - 2006** |
| **$693,056.00** | **HAP Contract - 2006** |
| **$334,483.00** | **Tenant Rent - 2007** |
| **$657,363.00** | **HAP Contract - 2007** |
| **$81,738.00** | **Tenant Rent & HAP Contract - 1/01/2008 through 1/22/2008** |

2

### 2. Income other than from employment or operation of business

None  
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$28,821.00** | **Revenue from Investments (Interest) - 2006** |
| **$0.00** | **No revenue from investments reported in 2007** |
| **$917.00** | **Laundry and Miscellaneous Tenant Charges - 2006** |
| **$719.00** | **Laundry and Miscellaneous Tenant Charges - 2007** |
| **$0.00** | **Investment and Laundry Income for 2008 not yet reported** |

### 3. Payments to creditors

None  
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None  
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **American Management Services East LLC**<br>**d/b/a Pinnacle**<br>**5990 NE 18 Avenue**<br>**Suite 912**<br>**Fort Lauderdale, FL 33334** | **3 payments each of $6,549**<br>**on 10/25/2007, 11/25/2007**<br>**and 12/25/2007** | **$113,987.31** | **$0.00** |
| **See foregoing Disclsoures regarding**<br>**deposits made directly into trust for payments to**<br>**be made by Trustee pursuant to loan documents** | | **$0.00** | **$0.00** |

None  
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Carib Maintenance Corporation**<br>**300 NW 12 Avenue**<br>**Miami, FL 33128**<br>     **Affiliate** | **See below** | **$137,831.80** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Carib Management Inc.**<br>**300 NW 12th Avenue**<br>**Miami, FL 33128**<br>    **Affiliate** | **See below** | **$68,547.98** | **$0.00** |
| **Greater Miami Neighborhoods**<br>**300 NW 12 Avenue**<br>**Miami, FL 33128**<br>    **Affiliate** | **See below** | **$19,200.00** | **$0.00** |
| **Total** | **All of the amounts listed in this paragraph represent the best available information from the books and records maintained by the Debtor.  The payments were made during the period from January 2007 through December 2007. See attachment 3(c) for itemization of payments.** | **$225,579.78** | **$0.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

<table>
<tr><td>None<br>■</td><td>b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within <strong>one year</strong> immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)</td></tr>
</table>

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|---|

### 7. Gifts

<table>
<tr><td>None<br>■</td><td>List all gifts or charitable contributions made within <strong>one year</strong> immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)</td></tr>
</table>

| NAME AND ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP TO<br>DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

<table>
<tr><td>None<br>■</td><td>List all losses from fire, theft, other casualty or gambling within <strong>one year</strong> immediately preceding the commencement of this case <strong>or since the commencement of this case.</strong> (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)</td></tr>
</table>

| DESCRIPTION AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

<table>
<tr><td>None<br>☐</td><td>List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within <strong>one year</strong> immediately preceding the commencement of this case.</td></tr>
</table>

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Stearns Weaver Miller, et al**<br>**150 West Flagler Street**<br>**Suite 2200**<br>**Miami, FL 33130** | **October 2007 and January 18, 2008** | **Total funds of $235,000 were advanced pre-petition by POAH on behalf of all Debtors collectively in these jointly administered bankruptcy cases** |
| **Kapila & Company**<br>**1000 South Federal Highway**<br>**Suite 200**<br>**Fort Lauderdale, FL 33316** | **December 2007 and January 18, 2008** | **Total funds of $100,000 were advanced pre-petition by POAH on behalf of all Debtors collectively in these jointly administered bankruptcy cases** |

5

**10. Other transfers**

None      a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
☐      transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
     filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
     spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Preservation of Affordable Housing, Inc.**<br>**40 Court Street, Site 650**<br>**Boston, MA 02108**<br>   **Creditor/Secured Lender** | **January 17, 2008** | **Cutler Meadows Apartments**<br>**11240 and 11280 SW 196 Street**<br>**Miami, FL**<br>**Fourth Mortgage - $130,000.00** |

None      b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■      trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
☐      otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
     financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
     cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
     include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
     unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America**<br>**150 West Flagler Street**<br>**Miami, FL 33130** | **Operating Account**<br>**#7886** | **May 7, 2007** |
| **Bank of America**<br>**150 West Flagler Street**<br>**Miami, FL 33130** | **Tenant Security Deposit**<br>**#0499** | **May 16, 2007** |

**12. Safe deposit boxes**

None      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
     depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
     filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None      List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
     spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

6

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

|  | DESCRIPTION AND VALUE OF | |
| NAME AND ADDRESS OF OWNER | PROPERTY | LOCATION OF PROPERTY |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

7

**18 . Nature, location and name of business**

None

■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None

■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None

☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Ron Revales** <br> **7865 NW 184 Lane** <br> **Hialeah, FL 33015** | **Services started more than 2 years ago and ended in July 2007** |
| **Salvatore Martorano** <br> **5839 SW 35 Street** <br> **Miami, FL 33155** | **Services started more than 2 years ago and ended in March 2007** |
| **Miguel Ugarte** <br> **16912 SW 100 Place** <br> **Miami, FL 33157** | **Services started more than 2 years ago and ended in April 2007** |
| **Jonder Salomon** <br> **6875 West 2 Court** <br> **Hialeah, FL 33014** | **Services started more than 2 years ago and ended in February 2007** |
| **Gustavo Bonilla** <br> **1629 NW 14 Street** <br> **Apt. #914** <br> **Miami, FL 33125** | **Services started more than 2 years ago and ended in December 2007** |

8

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Teresita Perez**<br>**9311 SW 13 Street**<br>**Miami, FL 33174** | **Services started more than 2 years ago**<br>**and are currently being rendered** |
| **Joyce Fabregas**<br>**10939 SW 71 Street**<br>**Miami, FL 33173** | **Services provided from 2/17/2006 to**<br>**4/13/2007** |
| **Lourdes Payan**<br>**Calle Desiderio Velverde 8**<br>**Apt. 2A Residencial Dona Ana**<br>**Zona Universitaria**<br>**Santo Domingo, RD** | **Services started more than 2 years ago**<br>**and ended in June 2007** |
| **Carolina Esposito**<br>**Address Unknown** | **Services started more than 2 years ago**<br>**and ended in 2006** |
| **Gino Rios**<br>**6490 SW 130 Avenue**<br>**Apt. #1609**<br>**Miami, FL 33185** | **Services started more than 2 years ago**<br>**and ended in June 2007** |

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐   of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Juli Buzzi, C.P.A.** | **Smith, Ortiz, Gomez & Buzzi, P.A.**<br>**132 Minorca Avenue**<br>**Miami, FL 33134** | **2003 - 2006 audit periods** |

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐   of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **American Management Services East LLC** | **d/b/a Pinnacle**<br>**501 South New York Avenue**<br>**Winter Park, FL 32789** |
| **Russell Sibley/Elena Dominguez** | **President and Vice President of Debtor**<br>**300 NW 12 Avenue**<br>**Miami, FL 33128** |

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐   issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Florida Housing Finance Corp.**<br>**227 N. Bronough Street**<br>**Suite E-202**<br>**Tallahassee, FL 32301** | **Debtor believes a financial statement may have**<br>**been issued, but unsure as to date of issuance.** |
| **Miami-Dade County**<br>**Attention:  Jose Cintron**<br>**701 NW First Court**<br>**Miami, FL 33136** | **Debtor believes a financial statement may have**<br>**been issued, but unsure as to date of issuance.** |
| **U.S. Bank National Association**<br>**Corporate Trust Services**<br>**225 East Robinson Street, Suite 250**<br>**Orlando, FL 32801** | **Debtor believes a financial statement may have**<br>**been issued, but unsure as to date of issuance.** |

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| --- | --- |
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Greater Miami Neighborhoods**<br>**300 NW 12 Avenue**<br>**Miami, FL 33128** | **Sole Member of LLC** | **100%** |
| **Russell A. Sibley, Jr.**<br>**300 NW 12 Avenue**<br>**Miami, FL 33128** | **President** | **0%** |
| **Elena Dominguez**<br>**300 NW 12 Avenue**<br>**Miami, FL 33128** | **Vice President** | **0%** |

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |
| **Ty Rovin**<br>**17 Salamanca Avenue**<br>**Apt. #3**<br>**Miami, FL 33134** | **Former Vice President** | **Withdrew in June 2007** |
| **Ronald Revales**<br>**7865 NW 184 Lane**<br>**Hialeah, FL 33015** | **Former Vice President** | **Withdrew on July 13, 2007** |
| **Kathleen Rodriguez**<br>**8251 SW 157 Avenue**<br>**Apt. #111**<br>**Miami, FL 33178** | **Former Corporate Secretary** | **Withdrew in August 2007** |

10

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (12/07)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **February 22, 2008**                     Signature    /s/ Elena Dominguez

**Elena Dominguez**
**Vice President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re: Cutler Meadows, LLC                    Case No. 08-10697-BKC-AJC

## Attachment

## Response to Statement of Financial Affairs - #3(c)

**Summary of Inter-company Payments made by Cutler Meadows, LLC. for January 2007 through December 2007**

| | |
|---|---|
| Carib Maintenance Corporation | $ 137,831.80 |
| Carib Management, Inc. | 68,547.98 |
| Greater Miami Neighborhoods, Inc. | 19,200.00 |
| | $ 225,579.78 |

**Summary of Inter-company Payments made by Cutler Meadows for January 2007 through December 2007**

| Date of Transaction | Payment to... | | Amount Paid |
|---|---|---|---|
| 4/18/2007 | Carib Maintenance | $ | 30,445.72 |
| 4/28/2007 | Carib Maintenance | | 23,933.52 |
| 5/17/2007 | Carib Maintenance | | 4,047.76 |
| 2/16/2007 | Carib Maintenance | | 24,286.58 |
| 3/16/2007 | Carib Maintenance | | 37,253.63 |
| 1/12/2007 | Carib Maintenance | | 17,864.61 |
| | **Total payments to Carib Maintenance** | **$** | **137,831.80** |
| | | | |
| 1/12/2007 | Carib Management | $ | 5,824.19 |
| 5/16/2007 | Carib Management | | 23,995.96 |
| 5/16/2007 | Carib Management | | 69.12 |
| 5/25/2007 | Carib Management | | 1,935.96 |
| 5/30/2007 | Carib Management | | 4,201.19 |
| 1/24/2007 | Carib Management | | 2,396.33 |
| 5/16/2007 | Carib Management | | 24,065.08 |
| 3/20/2007 | Carib Management | | 5,420.96 |
| 5/31/2007 | Carib Management | | 639.19 |
| | **Total payments to Carib Management** | **$** | **68,547.98** |
| | | | |
| 02/23/07 | Greater Miami Neighborhoods, Inc. | $ | 12,000.00 |
| 04/17/07 | Greater Miami Neighborhoods, Inc. | | 4,200.00 |
| 05/04/07 | Greater Miami Neighborhoods, Inc. | | 3,000.00 |
| | **Total payments to Greater Miami Neighborhoods, Inc.** | **$** | **19,200.00** |
| | | | |
| | **Total payments made by Cutler Meadows** | | **225,579.78** |

# United States Bankruptcy Court
## Southern District of Florida

In re   **CUTLER MEADOWS, LLC**

Debtor(s)

Case No.   **08-10697-BKC-AJC**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Greater Miami Neighborhoods, Inc.**<br>**300 NW 12 Avenue**<br>**Miami, FL 33128** | | | **Sole Member of Debtor** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   February 22, 2008

Signature   /s/ Elena Dominguez

**Elena Dominguez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.